UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAYSE L. GADDY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-00925 |
| GOVERNOR BILL LEE, et al., | ) |
| Defendants. | ) |

## ORDER

No objections have been filed to Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 59) recommending that Defendants' Motion for Summary Judgment (Doc. No. 44) be granted and that this action be dismissed with prejudice.

The Court has nonetheless reviewed the R&R and the record in accordance with Rule 72 of the Federal Rules of Civil Procedure. The Court agrees with the Magistrate Judge's analysis and conclusion. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 59) is **APPROVED** and **ADOPTED**, Defendants' Motion for Summary Judgment (Doc. No. 44) is **GRANTED**, and this action is **DISMISSSED WITH PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE